# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2011

143210 & (20)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                  SC: 143210
                                                   COA: 302122
                                                   Wayne CC: 09-013635-FC
CALVIN HARPER,
        Defendant-Appellant.

_____/

        On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 19, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2011

_____
                                                   Clerk

t0921